IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JENNY EVANCE**                                                               **PLAINTIFF**

**V.**                    **3:11CV00025 JMM**

**TRUMANN HEALTH SERVICES LLC**
also known as Trumann Health &
Rehabilitation Center; **BETTY BEGLEY**;
**GLADIS CORTINAS; JACKIE KELLY;**
and **JACKY HOLT**                                   **DEFENDANTS**

## ORDER

Pursuant to the oral motion of the parties, the Court finds that all information revealed in depositions taken in this case regarding the residents of Truman Health & Rehabilitation Center will be considered Confidential Information pursuant to the parties' Protective Order (Docket # 36).

IT IS SO ORDERED this 26th day of October, 2011.

                                                                     _____
                                                                     James M. Moody
                                                                     United States District Judge