IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JENNY EVANCE                                                                                         PLAINTIFF

V.                                            3:11CV00025 JMM

TRUMANN HEALTH SERVICES LLC
also known as Trumann Health &
Rehabilitation Center; BETTY BEGLEY;
GLADIS CORTINAS; JACKIE KELLY;
and JACKY HOLT                                                                                    DEFENDANTS

## ORDER

Pursuant to the oral motion of the parties, the Court finds that all information revealed in depositions taken in this case regarding the residents of Truman Health & Rehabilitation Center will be considered Confidential Information pursuant to the parties' Protective Order (Docket # 36).

IT IS SO ORDERED this 26th day of October, 2011.

_____
James M. Moody
United States District Judge