IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JENNY EVANCE**                                                                                     **PLAINTIFF**

**V.**                                             **3:11CV00025**

**TRUMANN HEALTH SERVICES, LLC**
**fictitiously known as TRUMANN HEALTH**
**AND REHABILITATION CENTER;**
**BETTY BEGLEY; GLADIS CORTINAS;**
**JACKIE KELLY and JACKY HOLT**                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED this 18th day of June, 2012.

_____
James M. Moody
United States District Court