IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JENNY EVANCE                                                                              PLAINTIFF

V.                                          3:11CV00025

TRUMANN HEALTH SERVICES, LLC
fictitiously known as TRUMANN HEALTH
AND REHABILITATION CENTER;
BETTY BEGLEY; GLADIS CORTINAS;
JACKIE KELLY and JACKY HOLT                                             DEFENDANTS

## ORDER

Pending is Defendants' motion for costs. (Docket #59). Plaintiff has filed a response and Defendants have filed a reply. Defendants seek costs in the amount of $1,710.26 pursuant to Fed. R. Civ. P. 54(d)(1). Rule 54(d)(1) provides that costs other than attorneys' fees should be allowed to the prevailing party unless the court otherwise directs. "A prevailing party is presumptively entitled to recover all of its costs." *Thompson v. Wal-Mart Stores, Inc.,* 472 F.3d 515, 517 (8th Cir. 2006), *quoting, In re Derailment Cases*, 417 F.3d 840, 844 (8th Cir.2005). The court may only award such costs as are enumerated in 28 U.S.C. § 1920 or "some other statutory authorization." *Smith v. Tenet Healthsystem SL, Inc*., 436 F.3d 879, 889 (8th Cir.2006). Taxable costs include: fees for transcripts necessarily obtained for use in the case; costs of copying where copies are necessarily obtained for use in the case; and compensation of court appointed experts and interpreters. 28 U.S.C. § 1920.

Defendants' have submitted documentation of taxable costs in the amount of

$1,710.26. The Court finds that these taxable costs are reasonable and supported by sufficient documentation. Accordingly, Defendants' motion is GRANTED. Plaintiff is directed to pay to the Defendants $1,710.26 in costs.

IT IS SO ORDERED this 18th day of January, 2013.

_____
James M. Moody
United States District Judge